Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★　★　★  ★　★　★

# MEMORANDUM OPINION

No. 04-08-00529-CR

Gonzalo Jerry **MENDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CR-7902A
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:　　　Alma L. López, Chief Justice
　　　　　　　Catherine Stone, Justice
　　　　　　　Sandee Bryan Marion, Justice

Delivered and Filed:　August 29, 2008

DISMISSED

The trial court's certification in this appeal states that the case is one in which the defendant has waived the right of appeal. Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "[t]he appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d).

Appellant's counsel has filed written notice with this court that counsel has reviewed the record and "can find no right of appeal for Appellant." We construe this notice as an indication that

appellant will not seek to file an amended trial court certification showing that he has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Daniels v. State*, 110 S.W.3d 174, 177 (Tex. App.—San Antonio 2003, no pet.). In light of the record presented, we agree with appellant's counsel that Rule 25.2(d) requires this court to dismiss this appeal. Accordingly, this appeal is dismissed.

PER CURIAM

DO NOT PUBLISH